IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

GUILLERMINA BRESSLER,            *

    Petitioner                *

vs.                              *
      CASE NO. 4:10CR50 (CDL)
UNITED STATES OF AMERICA,        *

    Respondent                *

ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation filed by the United States Magistrate Judge on December 6, 2011. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 23rd day of January, 2012.

                s/Clay D. Land
                CLAY D. LAND
                UNITED STATES DISTRICT JUDGE